**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 09-49463-JBS
§
MICHAEL S. HALL §
§
§
Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/31/2009. The undersigned trustee was appointed on 12/31/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $36,775.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $443.92 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $36,331.08 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/09/2010 and the deadline for filing government claims was 09/09/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,427.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,427.50, for a total compensation of $4,427.50[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $108.22, for total expenses of $108.22.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/06/2014          By:   /s/ David P. Leibowitz
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** 09-49463-JBS | **Trustee Name:** | David Leibowitz |
| **Case Name:** HALL, MICHAEL S. | **Date Filed (f) or Converted (c):** | 12/31/2009 (f) |
| **For the Period Ending:** 2/6/2014 | **§341(a) Meeting Date:** | 02/16/2010 |
| | **Claims Bar Date:** | 09/09/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  One half interest in family farm located, Common | $190,000.00 | $3,020.00 | | $0.00 | FA |
| **Asset Notes:** Settlement to sell the estate's interest in progress. | | | | | |
| 2  Duplicate assets entered in error. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 3  Cash | $20.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4  Duplicate assets entered in error. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 5  Duplicate assets entered in error. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 6  Duplicate assets entered in error. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 7  Checking account with Alliant Credit Union, Chic | $250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8  Checking account with Community Savings Bank, Ed | $250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9  Security Deposit with landlord companies, landlo | $650.00 | $650.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10  1 bedroom set, 2 televisions, couch, laptop comp | $1,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11  Edison Phonograph player & 1949 Farmall Tractor | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12  personal clothing | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13  Death Benefit life insurance policy with MetLife | $60,000.00 | $60,000.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14  401K with Fidelity other pension or profit shari | $60,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15  1993 Ford Taurus | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16  2003 Chevrolet Silverado | $6,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 17  Farm House in Iowa (50%) (u) | Unknown | $20,000.00 | | $0.00 | FA |

FORM 1

Page No: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Exhibit A

ASSET CASES

| Case No.: | 09-49463-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | HALL, MICHAEL S. | | Date Filed (f) or Converted (c): | 12/31/2009 (f) |
| For the Period Ending: | 2/6/2014 | | §341(a) Meeting Date: | 02/16/2010 |
| | | | Claims Bar Date: | 09/09/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Asset Notes: Settlement to sell the estate's interest in progress.

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 18 | 4-Wheeler in Iowa (50%) | (u) | Unknown | Unknown | | $0.00 | FA |
| 19 | Drying Bin (50%) | (u) | Unknown | Unknown | | $0.00 | FA |
| 20 | 8000 Bushel Grain Bin (50%) | (u) | Unknown | Unknown | | $0.00 | FA |
| 21 | Grain Bin with Dryer (50%) | (u) | Unknown | Unknown | | $0.00 | FA |
| 22 | Pull Behin Trailer | (u) | Unknown | Unknown | | $0.00 | FA |
| 23 | Iowa Farm House Equipment | (u) | Unknown | Unknown | | $30,000.00 | FA |
| 24 | Refund from U.S. Dept. of Agriculture | (u) | $0.00 | $6,421.00 | | $6,775.00 | FA |

**TOTALS (Excluding unknown value)**                                                       **Gross Value of Remaining Assets**

                                  $321,170.00                      $90,091.00                                          $36,775.00              $0.00

**Major Activities affecting case closing:**

| 06/20/2010 | 3800 to be paid to trustee for 09 tax refund |
|---|---|
| | 549 notice ready for trustee signature 4.6.10 |
| | Need 3 months prepetition bank statements, copy of 09 tax return and accounting of how refund was spent. |
| 12/29/2010 | Status on Complaint 2/3/11 - Leibowitz v. Michael Hall |
| 12/31/2011 | Litigation pending RE: Approval of Sale of property of estate of a co-owner 363(h) |
| 01/21/2013 | Farm for sale |
| 06/25/2013 | End stages of negotiating a settlement with Debtor's brother to purchase the interest in the farm. |
| | 9019 to be filed. |

| **Initial Projected Date Of Final Report (TFR):** | 12/30/2011 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 12/31/2013 | DAVID LEIBOWITZ |

FORM 2

Page No: 1

Case 09-49463    Doc 71    Filed 04/02/14    Entered 04/02/14 15:42:54    Desc Main

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Document      Page 5 of 12

| Case No. | 09-49463-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HALL, MICHAEL S. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9083 | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/31/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/6/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/12/2012 | (24) | United States Treasury | Refund of Annual Rental RE: Farm | 1224-000 | $940.00 | | $940.00 |
| 10/12/2012 | (24) | United States Treasury | Refund of Annual Rental RE: Farm | 1224-000 | $5,481.00 | | $6,421.00 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.68 | $6,415.32 |
| 11/02/2012 | (24) | United States Treasury | Tax Refund from US Dept of Agriculture | 1224-000 | $354.00 | | $6,769.32 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $11.20 | $6,758.12 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.20 | $6,747.92 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.88 | $6,737.04 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.81 | $6,727.23 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.85 | $6,716.38 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.48 | $6,705.90 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.51 | $6,694.39 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.75 | $6,684.64 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.78 | $6,673.86 |
| 08/07/2013 | (23) | James A. Hall | | 1229-000 | $30,000.00 | | $36,673.86 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $52.06 | $36,621.80 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $53.37 | $36,568.43 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $59.01 | $36,509.42 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $58.91 | $36,450.51 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $56.92 | $36,393.59 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $62.51 | $36,331.08 |
| | | | **TOTALS:** | | $36,775.00 | $443.92 | $36,331.08 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $36,775.00 | $443.92 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $36,775.00 | $443.92 | |

**For the period of 12/31/2009 to 2/6/2014**

| | |
|---|---|
| Total Compensable Receipts: | $36,775.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,775.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $443.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $443.92 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/12/2012 to 2/6/2014**

| | |
|---|---|
| Total Compensable Receipts: | $36,775.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,775.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $443.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $443.92 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-49463-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HALL, MICHAEL S. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9083 | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/31/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/6/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $36,775.00 | $443.92 | $36,331.08 |

| For the period of 12/31/2009 to 2/6/2014 | | For the entire history of the case between 12/31/2009 to 2/6/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $36,775.00 | Total Compensable Receipts: | $36,775.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,775.00 | Total Comp/Non Comp Receipts: | $36,775.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $443.92 | Total Compensable Disbursements: | $443.92 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $443.92 | Total Comp/Non Comp Disbursements: | $443.92 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**CLAIM ANALYSIS REPORT**  Page No: 1  Exhibit C

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Case No.** | 09-49463-JBS | | | | | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | HALL, MICHAEL S. | | | | | | **Date:** | 2/6/2014 |
| **Claims Bar Date:** | 09/09/2010 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | SHUTTLEWORTH & INGERSOLL<br><br>P.O Box 2107<br>Cedar Rapids IA 52406-2107 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $4,272.78 | $0.00 | $0.00 | $0.00 | $4,272.78 |
| | SHUTTLEWORTH & INGERSOLL<br><br>P.O. Box 2107<br>Cedar Rapids IA 52401 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $194.78 | $0.00 | $0.00 | $0.00 | $194.78 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $25,000.00 | $0.00 | $0.00 | $0.00 | $25,000.00 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $427.24 | $0.00 | $0.00 | $0.00 | $427.24 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $108.22 | $0.00 | $0.00 | $0.00 | $108.22 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $4,427.50 | $0.00 | $0.00 | $0.00 | $4,427.50 |
| 1 | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br><br>219 S. Dearborn Street Suite 713<br>Chicago IL | Clerk of the Court Costs (includes adversary and other filing fees) | Amended | 2700-000 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| 1A | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,749.91 | $0.00 | $0.00 | $0.00 | $4,749.91 |

# CLAIM ANALYSIS REPORT

| Case No.: | 09-49463-JBS | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | HALL, MICHAEL S. | | | | | | | Date: | 2/6/2014 |
| Claims Bar Date: | 09/09/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | ELAN FINANCIAL SERVICES<br><br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati OH 45201-5229 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $10,207.75 | $0.00 | $0.00 | $0.00 | $10,207.75 |
| **Claim Notes:** | (2-1) credit card(2-2) credit card | | | | | | | | |
| 3 | ALLIANT CREDIT UNION<br><br>11545 W Touhy Ave<br>Chicago IL 60666 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $9,486.54 | $0.00 | $0.00 | $0.00 | $9,486.54 |
| **Claim Notes:** | (3-1) unsecured visa | | | | | | | | |
| 4 | ALLIANT CREDIT UNION<br><br>11545 W Touhy Ave<br>Chicago IL 60666 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,617.64 | $0.00 | $0.00 | $0.00 | $2,617.64 |
| **Claim Notes:** | (4-1) Unsecured L08 | | | | | | | | |
| 5 | DISCOVER BANK<br><br>Dfs Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $8,171.54 | $0.00 | $0.00 | $0.00 | $8,171.54 |
| 6 | WORLD'S FOREMOST BANK<br><br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN NE 68501-2609 | Payments to Unsecured Credit Card Holders | Allowed | 7100-000 | $9,984.60 | $0.00 | $0.00 | $0.00 | $9,984.60 |
| **Claim Notes:** | (6-1) 5035 | | | | | | | | |
| | | | | | **$79,941.50** | **$0.00** | **$0.00** | **$0.00** | **$79,941.50** |

**CLAIM ANALYSIS REPORT**

| Case No. | 09-49463-JBS | | **Trustee Name:** David Leibowitz |
|---|---|---|---|
| Case Name: | HALL, MICHAEL S. | | **Date:** 2/6/2014 |
| Claims Bar Date: | 09/09/2010 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $427.24 | $427.24 | $0.00 | $0.00 | $0.00 | $427.24 |
| Attorney for Trustee Fees (Trustee Firm) | $51,273.50 | $25,000.00 | $0.00 | $0.00 | $0.00 | $25,000.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $293.00 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| General Unsecured § 726(a)(2) | $2,617.64 | $2,617.64 | $0.00 | $0.00 | $0.00 | $2,617.64 |
| Payments to Unsecured Credit Card Holders | $42,600.34 | $42,600.34 | $0.00 | $0.00 | $0.00 | $42,600.34 |
| Special Counsel for Trustee Expenses | $194.78 | $194.78 | $0.00 | $0.00 | $0.00 | $194.78 |
| Special Counsel for Trustee Fees | $4,272.78 | $4,272.78 | $0.00 | $0.00 | $0.00 | $4,272.78 |
| Trustee Compensation | $4,427.50 | $4,427.50 | $0.00 | $0.00 | $0.00 | $4,427.50 |
| Trustee Expenses | $108.22 | $108.22 | $0.00 | $0.00 | $0.00 | $108.22 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      09-49463-JBS
Case Name:     MICHAEL S. HALL
Trustee Name:  David P. Leibowitz

|  | Balance on hand: | $36,331.08 |
|---|---|---|

Claims of secured creditors will be paid as follows: NONE

|  | Total to be paid to secured creditors: | $0.00 |
|---|---|---|
|  | Remaining balance: | $36,331.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $4,427.50 | $0.00 | $4,427.50 |
| David P. Leibowitz, Trustee Expenses | $108.22 | $0.00 | $108.22 |
| Lakelaw, Attorney for Trustee Fees | $25,000.00 | $0.00 | $25,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $427.24 | $0.00 | $427.24 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |
| Other: Shuttleworth & Ingersoll , Special Counsel for Trustee Fees | $4,272.78 | $0.00 | $4,272.78 |
| Other: Shuttleworth & Ingersoll, Special Counsel for Trustee Expenses | $194.78 | $0.00 | $194.78 |

|  | Total to be paid for chapter 7 administrative expenses: | $34,723.52 |
|---|---|---|
|  | Remaining balance: | $1,607.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,607.56 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,607.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $45,217.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1A | PYOD LLC its successors and assigns as assignee of | $4,749.91 | $0.00 | $168.86 |
| 2 | Elan Financial Services | $10,207.75 | $0.00 | $362.90 |
| 3 | Alliant Credit Union | $9,486.54 | $0.00 | $337.26 |
| 4 | Alliant Credit Union | $2,617.64 | $0.00 | $93.06 |
| 5 | Discover Bank | $8,171.54 | $0.00 | $290.51 |
| 6 | WORLD'S FOREMOST BANK | $9,984.60 | $0.00 | $354.97 |

|  | Total to be paid to timely general unsecured claims: | $1,607.56 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**