**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-49463-JBS |
| | § | |
| MICHAEL S. HALL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/24/2014, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/03/2014           By:  /s/ David P. Leibowitz
                                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:  §  Case No. 09-49463-JBS
 §
MICHAEL S. HALL  §
 §
 §
Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $36,775.00
*and approved disbursements of*  $443.92
*leaving a balance on hand of[1]:*  $36,331.08

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $36,331.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| David P. Leibowitz, Trustee Fees | $4,427.50 | $0.00 | $4,427.50 |
| David P. Leibowitz, Trustee Expenses | $108.22 | $0.00 | $108.22 |
| Lakelaw, Attorney for Trustee Fees | $25,000.00 | $0.00 | $25,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $427.24 | $0.00 | $427.24 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |
| Other: Shuttleworth & Ingersoll , Special Counsel for Trustee Fees | $4,272.78 | $0.00 | $4,272.78 |
| Other: Shuttleworth & Ingersoll, Special Counsel for Trustee Expenses | $194.78 | $0.00 | $194.78 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   | Total to be paid for chapter 7 administrative expenses: | $34,723.52 |
|---|---|---|
|   | Remaining balance: | $1,607.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|   | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|   | Remaining balance: | $1,607.56 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $1,607.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $45,217.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1A | PYOD LLC its successors and assigns as assignee of Citibank | $4,749.91 | $0.00 | $168.86 |
| 2 | Elan Financial Services | $10,207.75 | $0.00 | $362.90 |
| 3 | Alliant Credit Union | $9,486.54 | $0.00 | $337.26 |
| 4 | Alliant Credit Union | $2,617.64 | $0.00 | $93.06 |
| 5 | Discover Bank | $8,171.54 | $0.00 | $290.51 |
| 6 | WORLD'S FOREMOST BANK | $9,984.60 | $0.00 | $354.97 |

|   | Total to be paid to timely general unsecured claims: | $1,607.56 |
|---|---|---|
|   | Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

      Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                    Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-49463-JBS
Michael S. Hall                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann          Page 1 of 2          Date Rcvd: Apr 04, 2014
                              Form ID: pdf006         Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2014.
```
db          #+Michael S. Hall,    405 College Crossing,    Rolling Meadows, IL 60008-2172
14912886     Alexian Brothers Medical Center,    1650 Moon Lake Blvd,    Hoffman Estates, IL  60169-1010
14912890    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
14912889    +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
14912891    +Bally Total Fitness,    12440 E Imperial Hwy #30,    Norwalk, CA 90650-3178
14912892   ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
14912899     CMMG Medical Specialists - Emergency Med,    Department 4580,    Carol Stream, IL  60122-4580
14912900     CSB Bank,    Attn: Brett Nagel,    101 E. Union,    Edgewood, IA  52042-8194
14912893    +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
14912894     Cezary Kolodziej,    237707 Hedgeworth Court,    Deer Park, IL  60010
14912895    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14912896    +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
14912897    +Cit Bank/dfs,    One Dell Way    Bldg B,    Round Rock, TX 78682-7000
14912898    +Citi-citgo,   Po Box 6497,    Sioux Falls, SD 57117-6497
14912901    +Del-Clay Farm Equipment,    P.O. Box 308,    Edgewood, IA 52042-0308
14912884    +Dwight Adams & Associates,    1855 Rohlwing Rd Ste D,    Rolling Meadows, IL 60008-1474
14912903     Elan Financial Service,    Cb Disputes,    St Louis, MO  63166
14912904    +Exxmblciti,   Po Box 6497,    Sioux Falls, SD 57117-6497
14912905     GC Services Limited Partnership,    P.O. Box 2667 (037),    Houston, TX  77252-2667
14912911    +Goodyearcbsd,    Pob 5002,    Sioux Falls, SD 57117-5002
14912883    +Hall Michael S,    405 College Crossing,    Rolling Meadows, IL 60008-2172
14912912    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14912913    +Hsbc/carsn,   Po Box 15521,    Wilmington, DE 19850-5521
14912914    +Hsbc/kawas,   Pob 978,    Wood Dale, IL 60191-0978
14912916    +Hsbc/rs,   90 Christiana Rd,    New Castle, DE 19720-3118
14912915    +Hsbc/rs,   Pob 15521,    Wilmington, DE 19850-5521
14912917    +James Wiese, DDS,    1100 W. Central Road,    Arlington Heights, IL 60005-2468
14965893    +Lakes of Schaumburg,    801 Belinder Lane,    Schaumburg, IL 60173-5258
14912921    +Northwest Community Hospital,    Patient Accounts,    800  W. Central Road,
              Arlington Heights, IL 60005-2349
15257493     RICK BOLISNGER,    34361 IOWA AVENUE,    GARBER IA 52048
14912923    +Sears/cbsd,    701 E. 60th St. N.,    Sioux Falls, SD 57104-0432
14912924    +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
14912922    +Sears/cbsd,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
14912925    +Shell/citi,   Po Box 6497,    Sioux Falls, SD 57117-6497
15834606   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,    Bankruptcy Department,    P.O. Box 5229,
              Cincinnati, OH 45201-5229)
16068378     WORLD’S FOREMOST BANK,    CABELA’S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
14912927    +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
14912928    +Wells Fargo Hm Mortgag,    3476 Stateview Blvd,    Fort Mill, SC 29715-7200
14912929    +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14912885     E-mail/Text: bkr@cardworks.com Apr 05 2014 00:05:41     Advanta Bank Corp,    Po Box 844,
              Spring House, PA  19477
14912887     E-mail/Text: bankruptcy@alliantcreditunion.com Apr 05 2014 00:07:11      Alliant Credit Union,
              11545 W Touhy Ave,    Chicago, IL  60666
14912888    +E-mail/Text: bankruptcy@alliantcreditunion.com Apr 05 2014 00:07:11      Alliant Cu,
              11545 W Touhy Ave,    Chicago, IL 60666-5000
16045331     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 05 2014 00:16:26      Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
14912902     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 05 2014 00:16:26      Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
14912906    +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2014 00:10:41      Gemb/dicks Sporting,
              Po Box 981439,    El Paso, TX 79998-1439
14912907    +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2014 00:10:10      Gemb/jcp,    Po Box 981402,
              El Paso, TX 79998-1402
14912908    +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2014 00:10:41      Gemb/lundstrom,    Po Box 981439,
              El Paso, TX 79998-1439
14912909    +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2014 00:08:50      Gemb/sams Club,    Po Box 981400,
              El Paso, TX 79998-1400
14912910    +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2014 00:10:11      Gemb/sams Club Dc,    Po Box 981400,
              El Paso, TX 79998-1400
14912918    +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 05 2014 00:05:59      Kohls/chase,
              N56 W17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14912919    +E-mail/Text: bankrup@aglresources.com Apr 05 2014 00:05:43      Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
14912920    +E-mail/Text: bnc@nordstrom.com Apr 05 2014 00:06:00      Nordstrom Fsb,    Po Box 6555,
              Englewood, CO 80155-6555
15825464    +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 05 2014 00:08:05
              PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
```

```
District/off: 0752-1                  User: pseamann              Page 2 of 2                  Date Rcvd: Apr 04, 2014
                                      Form ID: pdf006             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14912926     +E-mail/Text: k.woodworth@tiburonllc.com Apr 05 2014 00:07:31      Tiburon Financial, L.L.C.,
               218A S. 108th Avenue,   Omaha, NE 68154
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2014 at the address(es) listed below:
```
              Bruce   Dopke    on behalf of Defendant James A Hall bruce@dopkelaw.com
              Bruce   Dopke    on behalf of Interested Party James A Hall bruce@dopkelaw.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Plaintiff Trustee David P Leibowitz dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              Dwight C Adams    on behalf of Debtor Michael S. Hall dwightca@gmail.com,   stacy4sloan@yahoo.com
              Jonathan T Brand    on behalf of Trustee David P Leibowitz, ESQ jbrand@lakelaw.com,
               ECF@lakelaw.com
              Jonathan T Brand    on behalf of Plaintiff Trustee David P Leibowitz jbrand@lakelaw.com,
               ECF@lakelaw.com
              Joseph   Peiffer    on behalf of Creditor   Community Savings Bank joep@drpjlaw.com,
               laurie@drpjlaw.com;jpeiffer.ecf@gmail.com
              Joseph   Peiffer    on behalf of Defendant   Community Savings Bank joep@drpjlaw.com,
               laurie@drpjlaw.com;jpeiffer.ecf@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 11
```