# AMENDED PROPOSED CLAIM DISTRIBUTION REPORT

| **Trustee Name:** | David Leibowitz | | **Distribution Date:** | 04/28/2014 |
|---|---|---|---|---|
| **Case Number:** | 09-49463-JBS | | **Distribution Amt:** | $36,331.08 |
| **Case Name:** | HALL, MICHAEL S. | | **Tax ID:** | 616459083 |
| **Claims Bar Date:** | 09/09/2010 | | **Date:** | 4/28/2014 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution ||||| 
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| | Beginning Balance | | | | | | | $36,331.08 |
| 1 | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br>219 S. Dearborn Street<br>Suite 713<br>Chicago IL | Clerk of the Court Costs (includes adversary and other filing fees) | 2700-000 | $293.00 | $0.00 | $0.00 | $293.00 | $36,038.08 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| | Sub-Totals: Clerk of the Court Costs (includes adversary and other filing fees) | | | $293.00 | $0.00 | $0.00 | $293.00 | |
| | DAVID P. LEIBOWITZ<br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | 2100-000 | $4427.50 | $0.00 | $0.00 | $4,427.50 | $31,610.58 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| | Sub-Totals: Trustee Compensation | | | $4,427.50 | $0.00 | $0.00 | $4,427.50 | |
| | DAVID P. LEIBOWITZ<br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | 2200-000 | $108.22 | $0.00 | $0.00 | $108.22 | $31,502.36 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| | Sub-Totals: Trustee Expenses | | | $108.22 | $0.00 | $0.00 | $108.22 | |
| | LAKELAW<br>420 W. Clayton Street<br>Waukegan 600854216 | Attorney for Trustee Expenses (Trustee Firm) | 3120-000 | $427.24 | $0.00 | $0.00 | $427.24 | $31,075.12 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| | Sub-Totals: Attorney for Trustee Expenses (Trustee Firm) | | | $427.24 | $0.00 | $0.00 | $427.24 | |
| | LAKELAW<br>420 W. Clayton Street<br>Waukegan 600854216 | Attorney for Trustee Fees (Trustee Firm) | 3110-000 | $25000.00 | $0.00 | $0.00 | $25,000.00 | $6,075.12 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| | Sub-Totals: Attorney for Trustee Fees (Trustee Firm) | | | $25,000.00 | $0.00 | $0.00 | $25,000.00 | |
| | SHUTTLEWORTH & INGERSOLL<br>P.O. Box 2107<br>Cedar Rapids IA 52401 | Special Counsel for Trustee Expenses | 3220-610 | $194.78 | $0.00 | $0.00 | $194.78 | $5,880.34 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| | Sub-Totals: Special Counsel for Trustee Expenses | | | $194.78 | $0.00 | $0.00 | $194.78 | |
| | SHUTTLEWORTH & INGERSOLL<br>P.O Box 2107<br>Cedar Rapids IA 524062107 | Special Counsel for Trustee Fees | 3210-600 | $4078.00 | $0.00 | $0.00 | $4,078.00 | $1,802.34 |
| | Percent Paid: 100.00% | Notes: | | | | | | |

# PROPOSED CLAIM DISTRIBUTION REPORT

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | **Distribution Date:** 04/28/2014 |
| **Case Number:** | 09-49463-JBS | **Distribution Amt:** $36,331.08 |
| **Case Name:** | HALL, MICHAEL S. | **Tax ID:** 616459083 |
| **Claims Bar Date:** | 09/09/2010 | **Date:** 4/28/2014 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution Amount | Paid to Date | Interest | Proposed Paymt | Balance |
|---|---|---|---|---|---|---|---|---|
| | Sub-Totals: Special Counsel for Trustee Fees | | | $4,078.00 | $0.00 | $0.00 | $4,078.00 | |
| 1A | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK | Payments to Unsecured Credit Card Holders | 7100-900 | $4749.91 | $0.00 | $0.00 | $113.82 | $1,688.52 |
| | Percent Paid: 2.40% | Notes: | | | | | | |
| 2 | ELAN FINANCIAL SERVICES Bankruptcy Department P.O. Box 5229 Cincinnati OH 452015229 | Payments to Unsecured Credit Card Holders | 7100-000 | $10207.75 | $0.00 | $0.00 | $244.59 | $1,443.93 |
| | Percent Paid: 2.40% | Notes: (2-1) credit card(2-2) credit card | | | | | | |
| 3 | ALLIANT CREDIT UNION 11545 W Touhy Ave Chicago IL 60666 | Payments to Unsecured Credit Card Holders | 7100-900 | $9486.54 | $0.00 | $0.00 | $227.31 | $1,216.62 |
| | Percent Paid: 2.40% | Notes: (3-1) unsecured visa | | | | | | |
| | Sub-Totals: Payments to Unsecured Credit Card Holders | | | $24,444.20 | $0.00 | $0.00 | $585.72 | |
| 4 | ALLIANT CREDIT UNION 11545 W Touhy Ave Chicago IL 60666 | General Unsecured § 726(a)(2) | 7100-000 | $2617.64 | $0.00 | $0.00 | $62.72 | $1,153.90 |
| | Percent Paid: 2.40% | Notes: (4-1) Unsecured L08 | | | | | | |
| | Sub-Totals: General Unsecured § 726(a)(2) | | | $2,617.64 | $0.00 | $0.00 | $62.72 | |
| 5 | DISCOVER BANK Dfs Services LLC PO Box 3025 New Albany OH 430543025 | Payments to Unsecured Credit Card Holders | 7100-900 | $8171.54 | $0.00 | $0.00 | $195.80 | $958.10 |
| | Percent Paid: 2.40% | Notes: | | | | | | |
| 6 | WORLD'S FOREMOST BANK CABELA'S CLUB VISA PO BOX 82609 LINCOLN NE 685012609 | Payments to Unsecured Credit Card Holders | 7100-000 | $9984.60 | $0.00 | $0.00 | $239.25 | $718.85 |
| | Percent Paid: 2.40% | Notes: (6-1) 5035 | | | | | | |
| | Sub-Totals: Payments to Unsecured Credit Card Holders | | | $18,156.14 | $0.00 | $0.00 | $435.05 | |
| 7 | COMMUNITY SAVINGS BANK Joseph Peiffer Day Rettig Peiffer, P.C. PO Box 2877 Cedar Rapids IA 52406 | General Unsecured § 726(a)(2) | 7100-000 | $30000.00 | $0.00 | $0.00 | $718.85 | $0.00 |

**PROPOSED CLAIM DISTRIBUTION REPORT**

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | **Distribution Date:** 04/28/2014 |
| **Case Number:** | 09-49463-JBS | **Distribution Amt:** $36,331.08 |
| **Case Name:** | HALL, MICHAEL S. | **Tax ID:** 616459083 |
| **Claims Bar Date:** | 09/09/2010 | **Date:** 4/28/2014 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | |
| Percent Paid: 2.40% | | Notes: | | | | | | |
| Sub-Totals: General Unsecured § 726(a)(2) | | | | $30,000.00 | $0.00 | $0.00 | $718.85 | |
| | | | **TOTALS:** | $109746.72 | $0.00 | $0.00 | $36,331.08 | |

**Page No:** 3