**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-49463-JBS |
| | § | |
| MICHAEL S. HALL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $254,670.00 | Assets Exempt: | $66,500.00 |
| Total Distributions to Claimants: | $1,802.34 | Claims Discharged Without Payment: | $108,865.40 |
| Total Expenses of Administration: | $34,972.66 | | |

3) Total gross receipts of $36,775.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $36,775.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $195,894.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $61,246.16 | $34,972.66 | $34,972.66 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $72,770.76 | $75,217.98 | $75,217.98 | $1,802.34 |
| **Total Disbursements** | $268,664.76 | $136,464.14 | $110,190.64 | $36,775.00 |

4). This case was originally filed under chapter 7 on 12/31/2009. The case was pending for 56 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/28/2014                    By:   /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Refund from U.S. Dept. of Agriculture | 1224-000 | $6,775.00 |
| Iowa Farm House Equipment | 1229-000 | $30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$36,775.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alliant Credit Union | 4110-000 | $10,894.00 | $0.00 | $0.00 | $0.00 |
| | CSB Bank | 4110-000 | $185,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$195,894.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $4,427.50 | $4,427.50 | $4,427.50 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $108.22 | $108.22 | $108.22 |
| Green Bank | 2600-000 | NA | $443.92 | $443.92 | $443.92 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $51,273.50 | $25,000.00 | $25,000.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $427.24 | $427.24 | $427.24 |
| Shuttleworth & Ingersoll , Special Counsel for Trustee | 3210-600 | NA | $4,078.00 | $4,078.00 | $4,078.00 |
| Shuttleworth & Ingersoll, Special Counsel for Trustee | 3220-610 | NA | $194.78 | $194.78 | $194.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$61,246.16** | **$34,972.66** | **$34,972.66** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | PYOD LLC its successors and assigns as assignee of Citibank | 7100-900 | $4,749.00 | $4,749.91 | $4,749.91 | $113.82 |
| 2 | Elan Financial Services | 7100-000 | $10,366.00 | $10,207.75 | $10,207.75 | $244.59 |
| 3 | Alliant Credit Union | 7100-900 | $7,720.00 | $9,486.54 | $9,486.54 | $227.31 |
| 4 | Alliant Credit Union | 7100-000 | $1,641.00 | $2,617.64 | $2,617.64 | $62.72 |
| 5 | Discover Bank | 7100-900 | $2,773.00 | $8,171.54 | $8,171.54 | $195.80 |
| 6 | WORLD'S FOREMOST BANK | 7100-000 | $10,072.00 | $9,984.60 | $9,984.60 | $239.25 |
| 7 | Community Savings Bank | 7100-000 | $0.00 | $30,000.00 | $30,000.00 | $718.85 |
|  | Alexian Brothers Medical Center | 7100-000 | $4,900.00 | $0.00 | $0.00 | $0.00 |
|  | CMMG Medical Specialists - Emergency Med | 7100-000 | $826.40 | $0.00 | $0.00 | $0.00 |
|  | Del-Clay Farm Equipment | 7100-000 | $1,187.30 | $0.00 | $0.00 | $0.00 |
|  | GC Services Limited Partnership | 7100-000 | $4,400.50 | $0.00 | $0.00 | $0.00 |
|  | James Wiese, DDS | 7100-000 | $1,800.00 | $0.00 | $0.00 | $0.00 |
|  | Kohls/chase | 7100-000 | $118.00 | $0.00 | $0.00 | $0.00 |
|  | Nicor Gas | 7100-000 | $14.00 | $0.00 | $0.00 | $0.00 |
|  | Northwest Community Hospital | 7100-000 | $854.75 | $0.00 | $0.00 | $0.00 |
|  | Northwest Community Hospital | 7100-000 | $11,236.80 | $0.00 | $0.00 | $0.00 |
|  | Northwest Community | 7100-000 | $10.40 | $0.00 | $0.00 | $0.00 |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | Hospital |   |   |   |   |   |
|   | Shell/citi | 7100-000 | $29.00 | $0.00 | $0.00 | $0.00 |
|   | Tiburon Financial, L.L.C. | 7100-000 | $10,072.61 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |   |   | $72,770.76 | $75,217.98 | $75,217.98 | $1,802.34 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 09-49463-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HALL, MICHAEL S. | Date Filed (f) or Converted (c): | 12/31/2009 (f) |
| For the Period Ending: | 8/28/2014 | §341(a) Meeting Date: | 02/16/2010 |
| | | Claims Bar Date: | 09/09/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | One half interest in family farm located, Common | $190,000.00 | $3,020.00 | | $0.00 | FA |
| Asset Notes: | Settlement to sell the estate's interest in progress. | | | | | |
| 2 | Duplicate assets entered in error. | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 3 | Cash | $20.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 | Duplicate assets entered in error. | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 5 | Duplicate assets entered in error. | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 6 | Duplicate assets entered in error. | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from Amended Doc#: 18 | | | | | |
| 7 | Checking account with Alliant Credit Union, Chic | $250.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8 | Checking account with Community Savings Bank, Ed | $250.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9 | Security Deposit with landlord companies, landlo | $650.00 | $650.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10 | 1 bedroom set, 2 televisions, couch, laptop comp | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11 | Edison Phonograph player & 1949 Farmall Tractor | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12 | personal clothing | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Death Benefit life insurance policy with MetLife | $60,000.00 | $60,000.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14 | 401K with Fidelity other pension or profit shari | $60,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15 | 1993 Ford Taurus | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16 | 2003 Chevrolet Silverado | $6,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 17 | Farm House in Iowa (50%)   (u) | Unknown | $20,000.00 | | $0.00 | FA |

Case 09-49463   Doc 86   Filed 09/23/14   Entered 09/23/14 15:44:49   Desc Main
Document      Page 7 of 10

Page No: 2

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No.: | 09-49463-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | HALL, MICHAEL S. | | Date Filed (f) or Converted (c): | 12/31/2009 (f) |
| For the Period Ending: | 8/28/2014 | | §341(a) Meeting Date: | 02/16/2010 |
| | | | Claims Bar Date: | 09/09/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Asset Notes:   Settlement to sell the estate's interest in progress.

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 18 | 4-Wheeler in Iowa (50%) | (u) | Unknown | Unknown | | $0.00 | FA |
| 19 | Drying Bin (50%) | (u) | Unknown | Unknown | | $0.00 | FA |
| 20 | 8000 Bushel Grain Bin (50%) | (u) | Unknown | Unknown | | $0.00 | FA |
| 21 | Grain Bin with Dryer (50%) | (u) | Unknown | Unknown | | $0.00 | FA |
| 22 | Pull Behin Trailer | (u) | Unknown | Unknown | | $0.00 | FA |
| 23 | Iowa Farm House Equipment | (u) | Unknown | Unknown | | $30,000.00 | FA |
| 24 | Refund from U.S. Dept. of Agriculture | (u) | $0.00 | $6,421.00 | | $6,775.00 | FA |

**TOTALS (Excluding unknown value)**                                                                 **Gross Value of Remaining Assets**
                            $321,170.00              $90,091.00                              $36,775.00              $0.00

**Major Activities affecting case closing:**

| 06/25/2013 | End stages of negotiating a settlement with Debtor's brother to purchase the interest in the farm. |
| | 9019 to be filed. |
| 01/21/2013 | Farm for sale |
| 12/31/2011 | Litigation pending RE: Approval of Sale of property of estate of a co-owner 363(h) |
| 12/29/2010 | Status on Complaint 2/3/11 - Leibowitz v. Michael Hall |
| 06/20/2010 | 3800 to be paid to trustee for 09 tax refund |
| | 549 notice ready for trustee signature 4.6.10 |

Need 3 months prepetition bank statements, copy of 09 tax return and accounting of how refund was spent.

| **Initial Projected Date Of Final Report (TFR):** | 12/30/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2013 | DAVID LEIBOWITZ |

| Case No. | 09-49463-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | HALL, MICHAEL S. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9083 | | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/28/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/12/2012 | (24) | United States Treasury | Refund of Annual Rental RE: Farm | 1224-000 | $940.00 | | $940.00 |
| 10/12/2012 | (24) | United States Treasury | Refund of Annual Rental RE: Farm | 1224-000 | $5,481.00 | | $6,421.00 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.68 | $6,415.32 |
| 11/02/2012 | (24) | United States Treasury | Tax Refund from US Dept of Agriculture | 1224-000 | $354.00 | | $6,769.32 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $11.20 | $6,758.12 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.20 | $6,747.92 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.88 | $6,737.04 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.81 | $6,727.23 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.85 | $6,716.38 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.48 | $6,705.90 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.51 | $6,694.39 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.75 | $6,684.64 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.78 | $6,673.86 |
| 08/07/2013 | (23) | James A. Hall | Payment for Equity in Debtor's Farm. | 1229-000 | $30,000.00 | | $36,673.86 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $52.06 | $36,621.80 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $53.37 | $36,568.43 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $59.01 | $36,509.42 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $58.91 | $36,450.51 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $56.92 | $36,393.59 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $62.51 | $36,331.08 |
| 04/28/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $4,427.50 | $31,903.58 |
| 04/28/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $108.22 | $31,795.36 |
| 04/28/2014 | 3003 | Office of the Clerk United States Bankruptcy Court | Claim #: 1; Amount Claimed: 293.00; Amount Allowed: 293.00; Distribution Dividend: 100.00; | 2700-000 | | $293.00 | $31,502.36 |
| 04/28/2014 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 51,273.50; Amount Allowed: 25,000.00; Distribution Dividend: 100.00; | 3110-000 | | $25,000.00 | $6,502.36 |
| 04/28/2014 | 3005 | Lakelaw | Claim #: ; Amount Claimed: 427.24; Amount Allowed: 427.24; Distribution Dividend: 100.00; | 3120-000 | | $427.24 | $6,075.12 |
| 04/28/2014 | 3006 | Shuttleworth & Ingersoll | Claim #: ; Amount Claimed: 4,078.00; Amount Allowed: 4,078.00; Distribution Dividend: 100.00; | 3210-600 | | $4,078.00 | $1,997.12 |
| 04/28/2014 | 3007 | Shuttleworth & Ingersoll | Claim #: ; Amount Claimed: 194.78; Amount Allowed: 194.78; Distribution Dividend: 100.00; | 3220-610 | | $194.78 | $1,802.34 |
| 04/28/2014 | 3008 | Elan Financial Services | Claim #: 2; Amount Claimed: 10,207.75; Amount Allowed: 10,207.75; Distribution Dividend: 2.40; | 7100-000 | | $244.59 | $1,557.75 |
| 04/28/2014 | 3009 | Alliant Credit Union | Claim #: 4; Amount Claimed: 2,617.64; Amount Allowed: 2,617.64; Distribution Dividend: 2.40; | 7100-000 | | $62.72 | $1,495.03 |
| | | | | **SUBTOTALS** | $36,775.00 | $35,279.97 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-49463-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HALL, MICHAEL S. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9083 | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/31/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/28/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2014 | 3010 | WORLD'S FOREMOST BANK | Claim #: 6; Amount Claimed: 9,984.60; Amount Allowed: 9,984.60; Distribution Dividend: 2.40; | 7100-000 | | $239.25 | $1,255.78 |
| 04/28/2014 | 3011 | Community Savings Bank | Claim #: 7; Amount Claimed: 30,000.00; Amount Allowed: 30,000.00; Distribution Dividend: 2.40; | 7100-000 | | $718.85 | $536.93 |
| 04/28/2014 | 3012 | Discover Bank | Claim #: 5; Amount Claimed: 8,171.54; Amount Allowed: 8,171.54; Distribution Dividend: 2.40; | 7100-900 | | $195.80 | $341.13 |
| 04/28/2014 | 3013 | Alliant Credit Union | Claim #: 3; Amount Claimed: 9,486.54; Amount Allowed: 9,486.54; Distribution Dividend: 2.40; | 7100-900 | | $227.31 | $113.82 |
| 04/28/2014 | 3014 | PYOD LLC its successors and assigns as assignee of | Claim #: 1; Amount Claimed: 4,749.91; Amount Allowed: 4,749.91; Distribution Dividend: 2.40; | 7100-900 | | $113.82 | $0.00 |
| | | | **TOTALS:** | | $36,775.00 | $36,775.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $36,775.00 | $36,775.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $36,775.00 | $36,775.00 | |

| For the period of 12/31/2009 to 8/28/2014 | | For the entire history of the account between 10/12/2012 to 8/28/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $36,775.00 | Total Compensable Receipts: | $36,775.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,775.00 | Total Comp/Non Comp Receipts: | $36,775.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $36,775.00 | Total Compensable Disbursements: | $36,775.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,775.00 | Total Comp/Non Comp Disbursements: | $36,775.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| | |
|---|---|
| **Case No.** | 09-49463-JBS |
| **Case Name:** | HALL, MICHAEL S. |
| **Primary Taxpayer ID #:** | **-***9083 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 12/31/2009 |
| **For Period Ending:** | 8/28/2014 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******6301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $36,775.00 | $36,775.00 | $0.00 |

**For the period of 12/31/2009 to 8/28/2014**

| | |
|---|---|
| Total Compensable Receipts: | $36,775.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,775.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $36,775.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,775.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/31/2009 to 8/28/2014**

| | |
|---|---|
| Total Compensable Receipts: | $36,775.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,775.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $36,775.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,775.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ